**FILED**
April 7, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )    Case No. 3:08-MJ-00006 CMK
            Plaintiff,           )
                                 )
v.                               )    ORDER FOR RELEASE OF
                                 )    PERSON IN CUSTODY
TIBURICO CORNEILIO VARGAS,       )
                                 )
            Defendant.           )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release TIBURICO CORNEILIO VARGAS, Case No. 3:08-MJ-00006 CMK, Charge Title 21 USC § 841 (a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X Bail Posted in the Sum of $ _300,000_ Secured by 2 properties posted within 2 weeks. Until then unsecured bond co-signed by defendant and his wife

__ Unsecured Appearance Bond

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

X (Other) _Pretrial Services Supervision of Conditions of Release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _April 7, 2008_ at _3:00_ pm.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge